CHARLES LA BETT, APPELLANT, v. HEYMAN BROTHERS, INCORPORATED, RESPONDENT.

Argued June 2, 1936—Decided October 2, 1936.

For the appellant, *Thomas Brunetto*.

For the respondent, *Abner Feinberg*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.